CORA B. LUCE, as Administratrix of the Estate of WALTER M. LUCE, Deceased, Appellant, *v.* NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Respondent.

*Appeal — order of Appellate Division reversing order denying motion to dismiss complaint and granting motion not appealable to Court of Appeals, no final judgment having been entered.*

*Luce* v. *N. Y., C. & St. L. R. R. Co.*, 213 App. Div. 374, appeal dismissed.

(Argued October 16, 1925; decided October 30, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 7, 1925, which reversed an order of Special Term denying a motion by defendant for a dismissal of the complaint and granted said motion.

*Hamilton Ward* for motion.

*Evan Hollister* opposed.

Appeal dismissed, with costs, on ground that order is not appealable, no final judgment having been entered; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MARY ROGERS, as Administratrix of the Estate of BERT E. ROGERS, Deceased, Appellant, *v.* INTERNATIONAL RAILWAY COMPANY, Respondent.

*Railroads — master and servant — Federal Employers' Liability Act — local cars not rendered instrumentality of foreign commerce by occasional carriage of passenger bound for foreign country.*

*Rogers* v. *International Ry. Co.*, 214 App. Div. 758, affirmed.

(Argued October 16, 1925; decided October 30, 1925.)

APPEAL from a judgment, entered July 17, 1925, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action, brought under the Federal Employers' Liability Act, to recover for the death of plaintiff's intestate alleged to have been occasioned

through the negligence of defendant, his employer. Intestate, a conductor, was killed while about to take out his car on its daily run between the city of Buffalo and the village of Kenmore. It was contended that because passengers riding on through tickets from Canada were entitled to ride on the car on which intestate was employed, he was engaged in interstate commerce.

*Hamilton Ward* for appellant.

*Noel S. Symons* and *Raymond C. Vaughan* for respondent.

Judgment affirmed, with costs, on authority of *Borelli v. International Ry. Co.* (240 N. Y. 54); no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Application of FRANK N. McCOY, JR., Respondent, for an Order of Mandamus against JAMES K. APGAR et al., Individually and Constituting the Board of Trustees of the Village of Peekskill, et al., Appellants.

(Submitted October 26, 1925; decided October 30, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 241 N. Y. 71.)

---

STEPHEN PEABODY, JR., & Co., INC., Appellant, *v.* THE TRAVELERS INSURANCE COMPANY, Respondent.

(Submitted October 26, 1925; decided October 30, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 511.)